To:2393375462   From:State Farm   Fax:ISC East FOIP (Secon   KOFAX? at:14-08-01-11:45   Doc:971   Page:007

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR LEE COUNTY, FLORIDA

CIVIL ACTION

SHAD PARKER,

    Plaintiff,

vs.

CASE NO.: 2:14-CV-497-FtM-29CM

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

_____/

## COMPLAINT

COMES NOW, the Plaintiff, SHAD PARKER, (hereinafter referred to as "Plaintiff"), by and through the undersigned attorney, and sues Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, (hereinafter referred to as "Defendant"), and alleges:

1. This is an action for damages in excess of $15,000.00, exclusive of costs and interest and is within the jurisdiction of this court.

2. At all times material hereto, the Plaintiff, SHAD PARKER, was a resident of Lee County, Florida.

3. At all times material hereto, the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation, was and is an insurance company authorized to do and doing business in the State of Florida.

4. On or about April 6, 2013, Plaintiff, SHAD PARKER, owned and operated a motor vehicle at or about US-90 (Beach Blvd.) in Duval County, Florida.

5. At that time and place, Plaintiff, SHAD PARKER, was involved in a single car accident as the result of being cut off by a phantom vehicle. The driver remains unknown.

6. At all times material hereto, there was in full force and effect a policy of insurance

To: 2393375462    From: State Farm    Fax: ISC East FOIP (Secon    KOFAX at: 14-08-01-11:45    Doc: 971    Page: 008

(policy number: 1HD1KB417AB663759) issued by Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, to Plaintiff, SHAD PARKER, which provided insurance coverages, including uninsured/underinsured motorist coverage benefits in the amount of $100,000.00 per person and $300,000.00 per occurrence. The subject policy provided for stacking of the vehicles on such policy. Plaintiff does not have a complete copy of said policy to attach but will supply upon receipt of same, but Defendant is fully aware of the terms and conditions of said policy.

7. At all times material hereto, Plaintiff is a named insured or an authorized claimant under said policy.

8. At all times material hereto, the policy was either delivered in Lee County, Florida, or provided benefits in such county, as well as the county for the subject motor vehicle accident.

9. The injuries and damages sustained by Plaintiff were the result of the automobile accident that occurred on April 6, 2013 at US-90 (Beach Blvd.) in Duval County, Florida.

10. At that time and place, Plaintiff was a driver of the insured 2010 Harley Davidson that was involved in the crash.

11. The injuries and damages suffered by Plaintiff were the result of the negligence of an unknown or phantom driver who was uninsured/underinsured.

12. As a direct and proximate result of the negligence of the unknown or phantom driver, Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing, and Plaintiff will suffer said losses in the future.

13. Plaintiff timely notified Defendant, STATE FARM MUTUAL AUTOMOBILE

INSURANCE COMPANY, of the accident that is the subject of this suit.

14. Plaintiff has complied with all conditions, terms and obligations of the insurance policy.

15. Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, has nonetheless refused to pay any benefits under the insurance policy, has continued to refuse, and has yet to make any such payment.

WHEREFORE, Plaintiff, SHAD PARKER, demands judgment against Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, for damages, costs, prejudgment interest and any and all further relief the Court deems just and proper. Plaintiff further demands trial by jury for all issues triable by jury as a matter of right.

Dated this 17th day of July, 2014.

LUSK, DRASITES & TOLISANO, P.A.
Attorneys for Plaintiff
Post Office Box 152468
Cape Coral, Florida 33915-2468
(239) 574-7442   (Telephone)
(239) 772-0318   (Facsimile)

JERRY B. VON GRUBEN
Florida Bar No. 51660
jvongruben@westandforjustice.com
tyawn@westandforjustice.com